IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KYLE GEE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOCKTON INC., et al.,<br><br>　　　　　　Defendants. | CV 20-165-BLG-SPW<br><br>ORDER |

Defendants Lockton, Inc. and Lockton Companies, LLC – Pacific Series move for the admission of Matthew J. Salzman to practice before the Court in the above captioned matter with Robin Wade Forward of Bismarck, North Dakota, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants Lockton, Inc. and Lockton Companies, LLC – Pacific Series' motion to admit Matthew J. Salzman to appear *pro hac vice* (Doc. 11) is GRANTED and he is authorized to appear as counsel with Robin Wade Forward pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 4th day of January, 2021.

　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge

1