IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KYLE GEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOCKTON INC., et al.,<br><br>　　　　Defendants.<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Third-Party Defendant. | CV 20-165-BLG-SPW<br><br>ORDER |

　　　Third-Party Defendant Massachusetts Mutual Life Insurance Company moves for the admission of Kimberly A. Jones to practice before the Court in the above captioned matter with Nathan A. Huey of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

　　　IT IS SO ORDERED that Third-Party Defendant Massachusetts Mutual Life Insurance Company's motion to admit Kimberly A. Jones to appear *pro hac vice*

1

(Doc. 29) is **GRANTED** and she is authorized to appear as counsel with Nathan A. Huey pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 22nd day of July, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge