IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KYLE GEE,<br><br>        Plaintiff,<br><br>v.<br><br>LOCKTON, INC.; LOCKTON COMPANIES, LLC – PACIFIC SERIES; and JOHN DOES I-IV,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Third-Party Defendants. | CAUSE NO. 20–165–BLG–SPW<br><br><br><br>**ORDER GRANTING JOINT MOTION FOR ORAL ARGUMENT VIA ZOOM** |

This matter comes before the Court on the parties' Joint Motion for Oral Argument Via Zoom (Doc. 46), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' counsel shall appear via Zoom for the oral argument hearing set for **Thursday, November 18, 2021, at 1:00 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

//

The parties will receive the Court's ZOOM conferencing information via e-mail from Chambers prior to the hearing.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of November, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge