# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KYLE GEE,<br><br>Plaintiff<br><br>v.<br><br>LOCKTON, INC., et al.,<br><br>Defendants/Third-Party Plaintiffs<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Third-Party Defendant. | Cause No. 1:20-cv-00165-SPW<br><br>**ORDER** |

Upon Massachusetts Mutual Life Insurance Company's and Lockton, Inc. et al.'s Joint Motion for Stay of Scheduling Order, or in the Alternative, an Extension of 60 Days (Doc. 51), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Motion for an Extension of 60 Days is **GRANTED**. Accordingly,

**IT IS FURTHER ORDERED** that the following deadlines outlined in the Court's Scheduling Order dated August 18, 2021 (Doc. 36) are extended by 60 days as follows:

1

| | |
|---|---|
| Disclosure of Plaintiff's Damages Experts and Simultaneous Disclosure of Liability Experts: | March 29, 2022 |
| Disclosure of Defendant's Damages Experts: | May 3, 2022 |
| Discovery Deadline: | June 21, 2022 |
| Motions Deadline (Except Motions to Amend Pleadings and Motions in Limine) (fully briefed deadline): | July 26, 2022 |

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge